```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE J00-0012--CV (JKS)
                   "CHARLES D. KEEN V CITY & BOROUGH OF JUNEAU"

             Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable Mary E. Guss, U.S. Magistrate Judge
     Referral Rule:  4/5
             Filed: 03/24/00
            Closed: 01/23/03

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights
                   42 USC 1983
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 03/24/00 receipt # 10096463
          Trial by: Jury
```

Parties of Record:                                Counsel of Record:

PLF 1.1           KEEN, CHARLES D.                 Charles D. Keen
                                                   Pro Per
                                                   POB 33741
                                                   Juneau, AK 99803-3741
                                                   907-789-9431

DEF 1.1           JUNEAU, CITY & BOROUGH OF        Eric A. Kueffner
                                                   Faulkner Banfield et al
                                                   One Sealaska Plaza, Suite 202
                                                   Juneau, AK 99801-1245
                                                   907-586-2210
                                                   FAX 907-586-8090

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE J00-0012--CV (JKS)
            "CHARLES D. KEEN V CITY & BOROUGH OF JUNEAU"

                         For all filing dates
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:  The Honorable Mary E. Guss, U.S. Magistrate Judge
    Referral Rule:  4/5
           Filed:  03/24/00
          Closed:  01/23/03

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (440) Other Civil Rights
                   42 USC 1983
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 03/24/00 receipt # 10096463
         Trial by: Jury
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 03/24/00 | Complaint filed; Summons issued for D-1. |
| 2 - | 1 | 03/24/00 | PLF 1 Jury Demand. |
| 3 - | 1 | 05/26/00 | JKS Minute Order re: plf required to take action as to failure to serve. Proof of service due w/in 20 days.  cc: cnsl |
| 4 - | 1 | 06/14/00 | PLF 1 Return of Service Executed 6/13/00 on D-1. |
| 5 - | 1 | 06/30/00 | DEF 1 Attorney Appearance by E. Kueffner. |
| 6 - | 1 | 07/06/00 | DEF 1 Answer to Complaint. |
| 7 - | 1 | 07/11/00 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 21 days. cc: cnsl |
| 8 - | 1 | 08/07/00 | DEF 1 Response to 7/11/00 Order at 7-1 re: status w/discovery to close 60 days before trial. |
| 9 - | 1 | 08/17/00 | JKS Minute Order re: S&P conference will not be held at this time but sill schedule a conferenceat the request of anyparty accompanied by a declaration identifying specific problems.  cc: cnsl |
| 10 - | 1 | 08/17/00 | JKS Scheduling and Planning Order setting pretrial ddlns: Original disc 09/17/01; disp mot ddln 10/15/01; Estimate of trial 30 days. cc: cnsl |
| 11 - | 1 | 05/21/01 | PLF 1 Unopposed by client Motion to withdraw by attorney Rice. |
| 11 - | 2 | 05/30/01 | JKS Order granting withdrawal by attorney John Rice.  Charles D. Keen to represent himself.  cc: cnsl |
| 12 - | 1 | 06/07/01 | DEF 1 motion for protective order w/exhs. |
| 13 - | 1 | 06/27/01 | PLF 1 opposition [Response] to DEF 1 motion for protective order. (12-1) |
| 14 - | 1 | 07/02/01 | PLF 1 Affidavit [Certificate of Service] re: response to DEF 1 motion for protective order. (12-1) |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE J00-0012--CV (JKS)
                            "CHARLES D. KEEN V CITY & BOROUGH OF JUNEAU"

                                        For all filing dates


 Document #    Filed       Docket text

   15 -   1   07/10/01    DEF 1 reply to opposition to DEF 1 motion for protective order w/exhs.
                          (12-1)

   16 -   1   07/24/01    JKS Minute Order granting motion for protective order (12-1); plf to
                          provide info on/before 8/6/01; discover stayed for 30 days from date of
                          order.  cc: cnsl

   17 -   1   08/14/01    DEF 1 motion to dismiss with prejudice.

   18 -   1   08/20/01    PLF 1 opposition to DEF 1 motion to dismiss with prejudice w/att
                          affidavit (17-1);

   18 -   2   08/20/01    PLF 1 motion for extension to file disclosures.

   19 -   1   08/21/01    DEF 1 reply to opposition to DEF 1 motion to dismiss with prejudice.
                          (17-1)

   20 -   1   08/24/01    PLF 1 Address Change Notice [Confirmation of Mailing Address].

   21 -   1   09/12/01    JKS Minute Order re: plf to show cause by 9/19/01, why he should not be
                          sanctioned for failing to comply with this courts orders and the
                          discovery rules in lieu of this court dismissing his action.  Failure
                          will result in the dismissal of this action with prejudice w/out further
                          notice to the parties.  cc: cnsl

   22 -   1   09/14/01    DEF 1 Address Change Notice of atty.

   23 -   1   09/19/01    PLF 1 Response to 9/12/01 Order to show cause at 21-1.

   24 -   1   09/27/01    JKS Minute Order denying as moot w/out prejudice motion to dismiss with
                          prejudice (17-1); granting motion for extension to file disclosures
                          (18-2), Keen shall provide initial disclosures to defs by 10/18/01,
                          failure will result in the dismissal of this action with prejudice
                          w/ourt further notice to the parties; The order to show cause at dkt 21
                          is Discharged.  cc: cnsl

   25 -   1   10/17/01    PLF 1 motion for a new scheduling conference and order w/att memorandum,
                          affidavit and exhibits.

   26 -   1   10/31/01    DEF 1 opposition to PLF 1 motion for a new scheduling conference (25-1).

   27 -   1   10/31/01    DEF 1 motion for leave to file untimely motion to dismiss w/att exhs &
                          motion to dismiss.

   28 -   1   11/06/01    PLF 1 Supplement (Plea to be Heard) re: PLF 1 motion for a new
                          scheduling conference and order (25-1) w/att exhibits.

   29 -   1   11/16/01    JKS Minute Order denying w/out prejudice motion for a new scheduling
                          conference and order (25-1).  Case is referred to MJ Guss, Magistrate
                          Judge Guss to hold a status comference with the parties.  Magistrate
                          Judge Guss may extend the time for Keen to respond to Juneau's motion to
                          dismiss and may allow specific discovery.

   30 -   1   11/29/01    MEG Minute Order re Status Conf set for 12/18/01 at 11:00 a.m. before MJ
                          Guss in Ketchikan, AK; Parties may participate telephonically. cc: cnsl
```

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE J00-0012--CV (JKS)
                     "CHARLES D. KEEN V CITY & BOROUGH OF JUNEAU"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 31 - 1 | 12/19/01 | PLF 1 opposition to DEF 1 motion to dismiss (35-1). |
| 32 - 1 | 12/20/01 | Faxed Cy of MEG Court Minutes re: status conference held 12/18/01 in Ketchikan at order of Judge Singleton.  Awaiting a decision on mot to dismiss, nothing further needs to be done at this time. If there are issues still before the crt after a decision on the mot to dismiss, a further status conf might be helpful. cc: cnsl, Judge Singleton |
| 33 - 1 | 12/28/01 | DEF 1 reply to opposition to DEF 1 motion to dismiss (35-1). |
| 34 - 1 | 01/03/02 | MEG Minute Order granting motion for leave to file untimely motion to dismiss (27-1). cc: cnsl |
| 35 - 1 | 01/03/02 | DEF 1 motion to dismiss w/att memo & exhibits. |
| 36 - 1 | 05/22/02 | Initial R&R re: DEF 1 motion to dismiss (35-1). Recommended be Granted; Objections due 06/10/02. Reply due 06/20/02. cc: cnsl, Judge Singleton |
| 37 - 1 | 06/10/02 | PLF 1 objection to R&R re: DEF 1 motion to dismiss. (35-1) |
| 38 - 1 | 06/20/02 | DEF 1 reply to objection to R&R re: DEF 1 motion to dismiss. (35-1) |
| 39 - 1 | 07/02/02 | Final R&R re: DEF 1 motion to dismiss (35-1); MJ declines to modify recommendation. cc: cnsl, Judge Singleton |
| 40 - 1 | 07/08/02 | JKS Order granting/denying motion to dismiss (35-1); cmplt dism w/o prej; plf has until 7/15/02 to file amended cmplt or case will be dism w/prej and judg entered. cc: cnsl, MJ Guss |
| 41 - 1 | 07/15/02 | PLF 1 motion for extension to 7/31/02 to file amended complaint w/att affidavit. |
| 42 - 1 | 07/16/02 | DEF 1 opposition to PLF 1 motion for extension to 7/31/02 to file amended complaint. (41-1) |
| 43 - 1 | 07/22/02 | PLF 1 reply to opposition to PLF 1 motion for extension to 7/31/02 to file amended complaint. (41-1) |
| 44 - 1 | 07/30/02 | PLF 1 Complaint (Amended). |
| 45 - 1 | 08/05/02 | JKS MO granting mot for ext to 7/31/02 to file amended cmplt (41-1). cc: cnsl, MJ Guss |
| 46 - 1 | 08/16/02 | DEF 1 Answer to Amended Complaint. |
| 47 - 1 | 08/27/02 | MEG Minute Order re S&P Conf set for 10/1/02 at 11:00 a.m. in Ketchikan, AK. cc: cnsl |
| 48 - 1 | 08/28/02 | PLF 1 Notice of need to set a schedule for this case. |
| 49 - 1 | 08/30/02 | DEF 1 motion for summary judgment w/att memo and affidavits. |
| 50 - 1 | 09/05/02 | DEF 1 proof of service re: DEF 1 motion for summary judgment. (49-1) |
| 51 - 1 | 09/16/02 | PLF 1 motion for order compelling discovery and for sanctions. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE J00-0012--CV (JKS)
                       "CHARLES D. KEEN V CITY & BOROUGH OF JUNEAU"

                                  For all filing dates


Document #   Filed      Docket text

   52 -  1   09/16/02   PLF 1 opposition to DEF 1 motion for summary judgment w/att exhs. (49-1)

   53 -  1   09/25/02   DEF 1 reply to opposition to DEF 1 motion for summary judgment w/att
                        affidavit and exhs. (49-1)

   54 -  1   10/02/02   MEG Court Minutes [ECR Wilma Mayo] re S&P Conf hld 10/1/02; additional
                        disp mots due 12/16/02; def's oppo to pltf's mot for order compelling
                        dscvy & for sanctions (51-1) due 10/2/02; initial disclosures due
                        10/15/02. cc: cnsl

   55 -  1   10/03/02   DEF 1 opposition to PLF 1 motion for order compelling discovery and for
                        sanctions. (51-1)

   56 -  1   10/11/02   PLF 1 reply to opposition to PLF 1 motion for order compelling discovery
                        and for sanctions. (51-1)

   57 -  1   10/28/02   PLF 1 motion to compel discovery and for sanctions w/att memorandum and
                        exhs.

   58 -  1   10/29/02   DEF 1 opposition to PLF 1 motion to compel discovery. (57-1)

   59 -  1   11/05/02   Initial R&R re: DEF 1 motion for summary judgment (49-1). Recommended be
                        granted. Objections due 11/15/02. Reply due 11/22/02. cc: cnsl, Judge
                        Singleton

   60 -  1   11/07/02   PLF 1 reply to opposition to PLF 1 motion to compel discovery and for
                        sanctions. (57-1)

   61 -  1   11/13/02   PLF 1 objection to R&R re: DEF 1 motion for summary judgment. (49-1)

   62 -  1   11/14/02   DEF 1 reply to objection to R&R re: DEF 1 motion for summary judgment
                        (49-1).

   63 -  1   01/21/03   Final R&R re: DEF 1 motion for summary judgment (49-1). MJ declines to
                        modify recommendation. cc: cnsl, Judge Singleton

   64 -  1   01/23/03   JKS Order granting mot for sj (49-1); case dism with prej to any
                        refiling in this Crt his amended cmplt; denying as moot mot for order
                        compelling disc & for sanctions (51-1) and mot to compel disc & for
                        sanctions (57-1). cc: cnsl, MJ Guss

   65 -  1   01/23/03   JKS Judgment that plf take nothing and that this action be dism with
                        prej. cc: cnsl, MJ Guss, O&J 11486

 NOTE -  1   02/14/03   Transmittal: Forwarded notice of appeal.

   66 -  1   02/14/03   PLF 1 appeal to 9CCA of (65-1) filed 01/23/03. cc:C. Keen, cnsl, Judge
                        Singleton, 9CCA

   67 -  1   08/04/03   Copy of Order from 9CCA dismissing appeal. (66-1) cc: cnsl, Judge

   67 -  2   08/04/03   Cy 9CCA Order dismissing notice of appeal (66-1). [Part 2 entry made to
                        terminate the appeal at #66 in light of this order.]
```