```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A00-0012--CV (HRH)
            "WANDA LARSON ET AL V ALLSTATE INSUR CO ET AL"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 01/10/00
            Closed: 05/12/00

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (110) Insurance

            Origin: (2) Removed from State Court
            Demand: 9999
        Filing fee: Paid $150.00 on 01/10/00 receipt # 00110952
          Trial by:
```

Parties of Record:                                Counsel of Record:

PLF 1.1           LARSON, WANDA                   W. Michael Moody
                                                  Atkinson Conway et al
                                                  420 L Street, Suite 500
                                                  Anchorage, AK 99501
                                                  907-276-1700

                                                  Dennis M. Mestas
                                                  Law Offices of Dennis M. Mestas
                                                  745 W. 4th Avenue, Suite 306
                                                  Anchorage, AK 99501
                                                  907-277-9496
                                                  FAX 907-277-4354

PLF 2.1           LARSON, DENIS J. II, ESTATE OF  W. Michael Moody
                                                  (see above)

                                                  Dennis M. Mestas
                                                  (see above)

DEF 1.1           ALLSTATE INSURANCE CO           Gary A. Zipkin
                                                  Guess & Rudd
                                                  510 L Street, Suite 700
                                                  Anchorage, AK 99501
                                                  907-793-2200
                                                  FAX 907-793-2299

                                                  Mark Hanover

DEF 2.1           DAVIS, GARY                     Gary A. Zipkin
                                                  (see above)

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CIVIL DOCKET PARTY INFORMATION FOR CASE A00-0012--CV (HRH)
                   "WANDA LARSON ET AL V ALLSTATE INSUR CO ET AL"

              Including terminated parties, excluding terminated counsel
```

Parties of Record:                              Counsel of Record:

                                                        Mark Hanover
                                                      (see above)

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A00-0012--CV (HRH)
                     "WANDA LARSON ET AL V ALLSTATE INSUR CO ET AL"

                                  For all filing dates


   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 01/10/00
            Closed: 05/12/00

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (110) Insurance

            Origin: (2) Removed from State Court
            Demand: 9999
        Filing fee: Paid $150.00 on 01/10/00 receipt # 00110952
          Trial by:


Document #  Filed     Docket text

    1 -  1  01/10/00  DEF 1-2 Notice of Removal of State Crt no. 3AN-99-12146 CI w/att exhs.

    2 -  1  01/10/00  DEF 1-2 Notice of filing notice of removal.

    3 -  1  01/10/00  DEF 1-2 Service List.

    4 -  1  01/10/00  DEF 1-2 Notice of compliance per 28 USC Section 1446 w/att exhs (State
                      Crt docs).

    5 -  1  01/12/00  HRH Minute Order to petitioner subsequent to removal; petitioner to file
                      State Crt docs & service list w/in 10 days.  cc: cnsl

    6 -  1  01/13/00  DEF 1-2 motion to dismiss defendant Gary Davis w/att exhs.

    7 -  1  01/25/00  PLF 1-2 Notice of related cases: A00-0007 CV (JWS); A00-0008 CV
                      (JKS);A00-0010 CV (HRH); A00-0011 CV (HRH).

    8 -  1  01/31/00  PLF 1-2 opposition to DEF 1-2 motion to dismiss defendant Gary Davis
                      (6-1).

    9 -  1  02/03/00  HRH Minute Order that all motion practice stayed until mot to dismiss Mr
                      Davis & a mot to remand are resolved; status conf may be set up by
                      calling cmc. cc: cnsl

   10 -  1  02/07/00  PLF 1-2 motion to remand w/att memo & exhs.

   11 -  1  02/07/00  Stipulation that defs may have until COB 02/14/00 to file reply to plfs'
                      oppo to mot to dismiss def 2.

   11 -  2  02/08/00  Order granting stip at 11-1.  cc: cnsl

   12 -  1  02/14/00  DEF 1-2 reply to opposition to DEF 1-2 motion to dismiss defendant Gary
                      Davis (6-1).

   13 -  1  02/15/00  PLF 1-2 Request for Oral Argument re: PLF 1-2 motion to remand (10-1).

   14 -  1  02/15/00  PLF 1-2 Request for Oral Argument re: DEF 1-2 motion to dismiss
                      defendant Gary Davis (6-1).
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A00-0012--CV (HRH)
                     "WANDA LARSON ET AL V ALLSTATE INSUR CO ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 02/22/00 | DEF 1-2 opposition to PLF 1-2 motion to remand (10-1). |
| 16 - 1 | 02/28/00 | Stipulation for ext of time until 03/10/00 for plf to file reply to defs' oppo to mot to remand. |
| 16 - 2 | 02/29/00 | Order granting stip at 16-1.  cc: cnsl |
| 17 - 1 | 03/07/00 | HRH Minute Order that proof of service due 20 days. cc: cnsl |
| 18 - 1 | 03/10/00 | PLF 1-2 reply to opposition to PLF 1-2 motion to remand (10-1). |
| 19 - 1 | 03/10/00 | PLF 1-2 notice of controlling authority re: oppo to DEF 1-2 motion to dismiss defendant Gary Davis (6-1) w/att exh. |
| 20 - 1 | 03/14/00 | PLF 1-2 Notice of proof of service re: def 2 on 12/09/99 & def 1 on 12/10/99  via cert mail w/att exhs. |
| 21 - 1 | 03/28/00 | DEF 1-2 Response (oppo) to notice of controlling authority (19-1). |
| 22 - 1 | 03/29/00 | Copy HRH Minute Order setting oral argument on motions to dismiss (#6) & remand (#10) for 4/11/00 at 8:30; 20 mins per side. |
| 23 - 1 | 04/11/00 | DEF 1-2 Application re: non-resident attorney Mark L. Hanover w/lcl cnsl Gary Zipkin (GUESS) w/att exh. |
| 24 - 1 | 04/12/00 | HRH Court Minutes [ECR: Helen Gill] oral argument held 4/11/00 on mots at #6 and #10, under advisement. |
| 25 - 1 | 04/13/00 | HRH Order granting #23. cc: cnsl |
| 26 - 1 | 04/25/00 | HRH Order granting motion to remand (10-1); terminating in light of this order: motion to dismiss defendant Gary Davis (6-1); plf's mot for atty's fees & costs are denied w/att exh. cc: cnsl (certified copy to state court 5/12/00) |